JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MCCLURE, | ) Case No.: 2:11-cv-07959-GW-JEM |
| Plaintiff, | ) **Civil Rights** |
| vs. | ) *Assigned to Honorable George H. Wu* |
| K.V. MART CO. dba TOP VALU MARKET #9; VALU PROPERTIES, LLC; VAZIN REAL ESTATE ASSOCIATES 2003 LLC; PETER J. ZARIFES; MICHAEL J. ZARIFES; and DOES 1 through 10, Inclusive, | ) **ORDER RE: CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS** |
| | ) Filed concurrently with Consent Decree for Plaintiff's Injunctive Relief Claims |
| Defendants. | |

---

**[PROPOSED] ORDER RE: CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS**
Case No. 2:11-cv-07959-GW-JEM                                                                                      1

## ORDER ON CONSENT DECREE

Pursuant to the Stipulation of the Parties and for good cause shown, the Court makes the following orders:

1. The concurrently filed stipulated CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS is ORDERED.

2. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order.

**IT IS SO ORDERED.**

DATED: April 23, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE