1
2
3
4
5
6
7

J S - 6

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CHARLES MCCLURE, | ) Case No.: 2:11-cv-07959-GW-JEM |
| 12              Plaintiff, | ) |
| 13 | ) **Civil Rights** |
|  vs. | ) *Assigned to Honorable George H. Wu* |
| 14 | ) |
| 15  K.V. MART CO. dba TOP VALU | ) **ORDER RE: CONSENT DECREE** |
|  MARKET #9; VALU PROPERTIES, | ) **FOR SETTLEMENT OF** |
| 16  LLC; VAZIN REAL ESTATE | ) **PLAINTIFF'S INJUNCTIVE RELIEF** |
| 17  ASSOCIATES 2003 LLC; PETER J. | ) **CLAIMS** |
|  ZARIFES; MICHAEL J. ZARIFES; and | ) |
| 18  DOES 1 through 10, Inclusive, | ) Filed concurrently with Consent |
| 19 | ) Decree for Plaintiff's Injunctive Relief |
|              Defendants. | ) Claims |
| 20 | ) |
| 21 | ) |

22
23
24
25
26
27
28

**[PROPOSED] ORDER RE: CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS**
Case No. 2:11-cv-07959-GW-JEM                                                                1

## ORDER ON CONSENT DECREE

Pursuant to the Stipulation of the Parties and for good cause shown, the Court makes the following orders:

1. The concurrently filed stipulated CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS is ORDERED.

2. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order.

**IT IS SO ORDERED.**

DATED:  April 23, 2012

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS
Case No. 2:11-cv-07959-GW-JEM                                                                                       2